JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MARQUEZ, <br><br> Plaintiff(s), <br><br> vs. <br><br> JO-ANN STORES, LLC ET AL <br><br> Defendant(s). | CASE NO. 2:24-cv-02236-RGK-JPRx <br><br> **ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the Notice NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS filed by Defendant Jo-Ann Stores, LLC [13], regarding the March 18, 2023, Chapter 11 Bankruptcy filed by Jo-Ann Stores, LLC, the Court hereby ORDERS this matter removed from the Court's active caseload pending the outcome of bankruptcy proceedings and/or further order of this Court.

Counsel shall file a joint status report every 90 days from the date of this order and within 7 days of the completion of the bankruptcy proceedings. Further, Counsel are to properly motion this Court should they desire this matter placed back on active status.

All pending dates and hearings are vacated and taken off-calendar.

**IT IS SO ORDERED.**

DATED: April 4, 2024

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**