UNITED STATES DISTRICT COURT  JS6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-02236-RGK-JPR | Date | June 7, 2024 |
|---|---|---|---|
| Title | *Norma Marquez v. Jo-Ann Stores, LLC* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:         Attorneys Present for Defendant:

Not Present                   Not Present

**Proceedings:**   **(IN CHAMBERS) Order Remanding Action to State Court**

On November 28, 2023, Norma Marquez ("Plaintiff") filed a Complaint against Jo-Ann Stores, LLC ("Defendant") in Los Angeles County Superior Court, alleging premises liability for injuries she sustained while shopping at one of Defendant's stores. (ECF No. 1-1.) Defendant removed the action to this Court on the basis of diversity jurisdiction. (ECF No. 1.)

On April 18, 2024, Plaintiff filed a Motion for Remand. And on June 4, 2024, Defendant filed a Notice of Non-Opposition. Accordingly, the Court **GRANTS** the Motion and **REMANDS** the action to state court for all further proceedings.

**IT IS SO ORDERED.**

cc: LASC, 23PSCV03673

                                        :
                  Initials of Preparer     JRE/dc